IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-30365
Summary Calendar

_____


SHIRLEY BRISCOE,

Plaintiff-Appellant,

versus

DELCHAMPS SUPERMARKET d/b/a
Delchamps Incorporated,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
(94-CV-3537-D)
_____
November 6, 1995

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

The plaintiff, Shirley Briscoe, appeals the district court's grant of summary judgment in favor of the defendant, Delchamps Supermarket. Having reviewed the record, the briefs of the parties, and the opinion of the district court, we find that Briscoe failed to create a genuine issue of material fact sufficient to warrant trial of her case. For the reasons set out

---

[*]Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

by the district court in its order of March 15, 1995, the judgment in favor of the defendant, Delchamps Supermarket, doing business as Delchamps, Inc., is hereby

A F F I R M E D.